**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---------------------------------------------------------x

COLIBRI CORPORATION, :

Plaintiff, :

vs. : C.A 04 397 (MML)

MERIT DIAMOND CORPORATION, :

Defendant. :

---------------------------------------------------------x

**AMENDED NOTICE OF DEPOSITION**

DEPONENT: Allan Bloom

DATE: June 10, 2005

TIME: 11:00 a.m.

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendant will take the deposition of the above-named individual upon oral examination, which examination will continue from day to day until completed and will begin at the above-specified time on the above-mentioned date, at the offices of Brown Rudnick Berlack Israels LLP, 7 Times Square, New York, New York before a Notary Public duly commissioned in the State of New York, or before some other officer authorized to administer oaths.

Defendant
MERIT DIAMOND CORPORATION
By its Attorneys,

J. Richard Ratcliffe #2603
RATCLIFFE BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, Rhode Island 02903
Tel: 401.331.3400
Fax: 401.331.3440

Of counsel:

David J. Molton, Esq. (DM-1106)

*pro hac vice*
BROWN RUDNICK BERLACK
ISRAELS LLP
7 Times Square
New York, New York 10036

**CERTIFICATION**

I hereby certify that on the 1st day of ~~April~~ June, 2005, a true and accurate copy of the within was mailed, postage prepaid to:

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903