AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Colibri Corporation

V.

Merit Diamond Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04 397 (MML)

TO: Robert Salter, Esq.
321 South Main Street
Providence, RI 02903

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| RBHE LLP, 1600 Financial Plaza, Providence RI 02903 | 06/08/05 at 10:00 am |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| RBHE LLP, 1600 Financial Plaza, Providence RI 02903 | 06/08/05 at 10:00 am |

_ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | May 26, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
J. Richard Ratcliffe
1600 Financial Plaza, Providence, RI 02903 (401) 331-3400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

#40.00 #9008

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
| --- | --- | --- |
| SERVED | 5/27/05 | 321 So. Main St. Providence |

| | |
| --- | --- |
| SERVED ON (PRINT NAME)<br>Robert Salter Esq. | MANNER OF SERVICE<br>Personally To Witness |
| SERVED BY (PRINT NAME)<br>Thomas Noury<br>41 N. Elmore Ave.<br>P.O. Box 114026<br>North Providence, RI 02911 | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 5/27/05
DATE

[signature]
SIGNATURE OF SERVER

ADDRESS OF SERVER
Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

**EXHIBIT A**

1) Any and all documents and things in your care, custody, or control evidencing or in any way related to the use, adoption, or cessation of use of "SERENA," "SERENA COLLECTION," or "SERENA COLLECTION BY KREMENTZ," by Colibri Corporation.

2) Any and all documents and things in your care, custody, or control evidencing or in any way related to trademark applications, searches for existing trademarks or copyrights, or results of searches for existing trademarks or copyrights of "SERENA," "SERENA COLLECTION," "SERENA COLLECTION BY KREMENTZ," "SIRENA," or "SIRENA COLLECTION."

3) Any and all correspondence or written, electronic, digital, or audio memorializations of communications between you and Colibri or any agent thereof evidencing or in any way related to the use, adoption, or cessation of use of "SERENA," "SERENA COLLECTION," or "SERENA COLLECTION BY KREMENTZ," by Colibri Corporation.

4) Any and all correspondence or written, electronic, digital, or audio memorializations of communications between you and Colibri or any agent thereof evidencing or in any way related to trademark applications, searches for existing trademarks or copyrights, or results of searches for existing trademarks or copyrights of "SERENA," "SERENA COLLECTION," "SERENA COLLECTION BY KREMENTZ," "SIRENA," or "SIRENA COLLECTION."

5) Any and all documents and things in your care, custody, or control evidencing or in any way related to the use, adoption, or cessation of use of the Disputed Designs by Colibri. "Disputed Designs" means one or more of the jewelry designs depicted in **Appendix 1**, attached hereto.

6) Any and all correspondence or written, electronic, digital, or audio memorializations of communications between you and Colibri or any agent thereof evidencing or in any way related to the use, adoption, or cessation of the Disputed Designs.

7) Any and all documents and things in your care, custody, or control evidencing or in any way related to design trademarks, design trademark applications, searches for existing design trademarks or copyrights, or results of searches for existing design trademarks or copyrights of the Disputed Designs.

8) Any and all correspondence or written, electronic, digital, or audio memorializations of communications between you and Colibri or any agent thereof evidencing or in any way related to design trademarks, design trademark applications, searches for existing design trademarks or copyrights, or results of searches for existing design trademarks or copyrights of the Disputed Designs.

Appendix 1

