UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COLIBRI CORPORATION,
Plaintiff,

v.

MERIT DIAMOND CORPORATION,
Defendant

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. No. 04-397ML

## STIPULATION

Pursuant to Rule 22 of the Local Rules for the U.S. District Court, District of Rhode Island, it is hereby agreed by the parties that the time within which the Defendant, Merit Diamond Corporation, may file answers to the Plaintiff's interrogatories and respond to the Plaintiff's request for production of documents is extended up to and including June 20, 2005.

The Plaintiff,
COLIBRI CORPORATION,
By its Attorney

Robert K. Taylor, #6514
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

The Defendant,
MERIT DIAMOND CORPORATION,
By its Attorney

J. Richard Ratcliffe, #2603
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Dated: 6/14/05

Enter:
Mary M. Lisi
USDJ 6/16/05