**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

-----------------------------------------------------------x

COLIBRI CORPORATION,

Plaintiff,

vs. C.A 04 397 (MML)

MERIT DIAMOND CORPORATION,

Defendant.

-----------------------------------------------------------x

**ASSENTED TO MOTION TO AMEND**
**PRETRIAL ORDER TO EXTEND TIME FOR DEFENDANT'S EXPERT DISCLOSURE**

Now comes the Defendant, Merit Diamond Corporation ("Merit"), and hereby moves to amend the Pretrial Order to extend the time within which to disclose experts pursuant to Fed.R.Civ.P. 26(a)(2)(C) and Rule 12 of the Local Rules of the United States District Court for the District of Rhode Island. As grounds, the Defendant states that the motion involves complex issues of trademark infringement and copyright law. Pursuant to this court's Amended Pre-trial Order,[1] Merit's expert disclosures were due on August 1, 2005. Pursuant to that Order, on August 1, 2005, Merit identified the name, address, and professional affiliation of its expert

[1] Pursuant to this Court's initial Pretrial Order of December 2, 2004, defendant's expert disclosure was required by April 15, 2005, and discovery was to be completed by August 1, 2005. Due to the complex nature of the issues of trademark infringement and copyright law which are involved in this case, the parties filed a joint motion to amend that pretrial order, thereby requiring the defendant's expert disclosures to be made by August 1, 2005 and providing for closure of discovery on October 3, 2005. The joint motion was granted on May 31, 2005.

amended to allow Defendant until September 2, 2005 to provide full expert disclosure pursuant to Fed.R.Civ.P. 26(a)(2). Plaintiff assents to this motion.

Defendant
MERIT DIAMOND CORPORATION
By its Attorneys,

J. Richard Ratcliffe #2603
RATCLIFFE BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, Rhode Island 02903
Tel: 401.331.3400; Fax: 401.331.3440

Of counsel:

[illegible] (DM 1106)
One Chase Manhattan Plaza
New York, New York 10005