UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLIBRI CORPORATION,<br>Plaintiff,<br><br>v.<br><br>MERIT DIAMOND CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-397ML |

STIPULATION

The parties hereby stipulate and agree that the Confidentiality Order attached hereto as Exhibit A may be entered by the Court.

The Plaintiff,
COLIBRI CORPORATION,
By its Attorney

Robert K. Taylor, #6514
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

The Defendant,
MERIT DIAMOND CORPORATION,
By its Attorney

J. Richard Ratcliffe, #2603
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Dated: