UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLIBRI CORPORATION, Plaintiff, | : | |
| vs. | : | C.A 04 397 (MML) |
| MERIT DIAMOND CORPORATION, Defendant. | : | |

## JOINT MOTION TO AMEND PRETRIAL ORDER

Now come the parties and hereby move to amend the Pretrial Order to extend, as outlined below, all deadlines set forth in the Order. The parties also submit the attached memorandum in further support of their motion.

As grounds, the parties state that this action involves complex issues of trademark infringement and copyright law. Discovery had proceeded in good faith in a timely fashion and all parties agree that the case is proceeding accordingly. However, due to the complex nature of this case, further discovery is warranted.

WHEREFORE, the parties respectfully request that the Pretrial Order be amended to allow for discovery to close on November 2, 2005; defendant's expert disclosures as required by Fed. R. Civ. P. 26(a)(2) by September 23, 2005; dispositive motions filed by December 11, 2005 and a typewritten memorandum containing the information set forth in the original Pretrial Order to be submitted by January 13, 2006.

Defendant
MERIT DIAMOND CORPORATION
By its Attorneys,

J. Richard Ratcliffe #2603
RATCLIFFE BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, Rhode Island 02903
Tel: 401.331.3400
Fax: 401.331.3440

Plaintiff
COLIBRI CORPORATION
By its Attorneys,

Robert K Taylor (JRR)

Steven E. Snow, #1774
Robert K. Taylor, #6514
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Of counsel:

David J. Molton, Esq. (DM-1106)
*pro hac vice*
BROWN RUDNICK BERLACK
ISRAELS LLP
7 Times Square
New York, NY 10036

Date: 9/2/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

-----------------------------------------------------------x

COLIBRI CORPORATION, :
Plaintiff, :
: C.A 04 397 (MML)
vs. :
MERIT DIAMOND CORPORATION, :
Defendant. :

-----------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO AMEND PRETRIAL ORDER**

The parties submit this memorandum in further support of their Joint Motion to Amend the Pretrial Order.

This action involves complex issues of trademark infringement and copyright law. Discovery had proceeded in good faith in a timely fashion and all parties agree that the case is proceeding accordingly. Written discovery has been propounded to both parties and depositions of the parties and key witnesses have taken place with further depositions scheduled in the immediate future.

However, due to the complex nature of this case, additional discovery is warranted. Information obtained through discovery thus far has highlighted the need for further requests and depositions. Moreover, additional analyses must be completed by Defendant's expert witness in formulating his opinion in this case.

WHEREFORE, the parties respectfully request that the Court grant their Motion to Amend the Pretrial Order; and that the Order be amended to allow for discovery to close on November2, 2005; defendant's expert disclosures as required by Fed. R. Civ. P. 26(a)(2) by September 23, 2005; dispositive motions filed by December 11, 2005 and a typewritten memorandum containing the information set forth in the original Pretrial Order to be submitted by January 13, 2006.

Defendant
MERIT DIAMOND CORPORATION
By its Attorneys,

J. Richard Ratcliffe #2603
RATCLIFFE BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, Rhode Island 02903
Tel: 401.331.3400
Fax: 401.331.3440

Plaintiff
COLIBRI CORPORATION
By its Attorneys,

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Of counsel:

David J. Molton, Esq. (DM-1106)
*pro hac vice*
BROWN RUDNICK BERLACK
ISRAELS LLP
7 Times Square
New York, New York 10036
Tel: 212.440.4400
Fax: 212.440.4401