UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

| | | |
|---|---|---|
| COLIBRI CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MERIT DIAMOND CORPORATION,<br><br>Defendant. | : | C.A 04 397 (MML) |

## AMENDED NOTICE OF DEPOSITION

DEPONENT: Sandeep K. Shah
Sandeep Diamond Corporation
580 Fifth Avenue
New York, NY 10036

DATE: September 19, 2005

TIME: 11:00 a.m.

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendant will take the deposition of the above-named individual upon oral examination, which examination will continue from day to day until completed and will begin at the above-specified time on the above-mentioned date, at the offices of Brown Rudnick Berlack Israels LLP, 7 Times Square, New York, NY, 10036, before a Notary Public duly commissioned in the State of New York, or before some other officer authorized to administer oaths.

Defendant
MERIT DIAMOND CORPORATION
By its Attorneys,

J. Richard Ratcliffe #2603
RATCLIFFE BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, Rhode Island 02903
Tel: 401.331.3400
Fax: 401.331.3440

Of counsel:

David J. Molton, Esq. (DM-1106)

*pro hac vice*
BROWN RUDNICK BERLACK
ISRAELS LLP
7 Times Square
New York, New York 10036
Tel: 212.704.0100
Fax: 212.704.0196

**CERTIFICATION**

I hereby certify that on the 12th day of September, 2005, a true and accurate copy of the within was mailed, postage prepaid to:

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Kenneth Schacter, Esq.
Silverberg, Stonehill & Goldsmith, PC
111 West 40th Street
New York, NY 10018

Legalink Manahattan
420 Lexington Avenue, Rm 2108
New York, NY 10170

Sharon Beech

# APPENDIX A

## Definitions

1. "Communication(s)" shall mean the transmission, sending, and/or receipt of information of any kind by and/or through any means, whether face-to-face or otherwise, including, but not limited to, speech, writings, language (machine, foreign, or otherwise), computer electronics of any kind, magnetic tape, video tape, photographs, graphs, symbols, signs, magnetic disks, sound, radio and/or video signal, telephone, teletype, telecommunication, telegram, facsimile transmission, microfilm, microfiche, and/or photographic film of any type.

2. "Document(s)" shall have the same meaning as it does in Federal Rule of Civil Procedure 34, and shall include all physical writings, drawings, graphs, charts, photographs, phono records, and other data compilations from which information can be obtained, including all data that is stored electronically or otherwise of any type through any means (including but not limited to floppy disks, compact discs, zip disks, jazz disks, laser discs, video or audio cassettes, magnetic tape, computer files, or electronic/magnetic memory storage devices of any type).

3. "Including" shall be construed as broadly as possible and shall mean "without limitation."

4. "Person" shall mean any natural person, corporation, partnership, sole proprietorship, association, joint venture, business entity, governmental body, trust, and/or estate.

5. "You" and "Your" refers to Sandeep K. Shah including any Person acting for or on his behalf, such as agents, attorneys, consultants, assistants, or affiliates.

6. "Disputed Design" shall mean one or more of the jewelry designs depicted in Appendix 1 attached hereto.

**Documents To Be Produced**

1. Any and all documents and things in your care, custody or control, and evidencing in any way related to the design, production or sale of the Disputed Design by Colibri Corporation.