**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

-----------------------------------------------------------x

COLIBRI CORPORATION, :
Plaintiff, :
: C.A 04 397 (MML)
vs. :
:
MERIT DIAMOND CORPORATION, :
Defendant.

-----------------------------------------------------------x

**DEFENDANT'S MOTION SEEKING LEAVE TO FILE EXHIBITS IN EXCESS OF PAGE LIMITATIONS TO ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL**

The Defendant and Counterclaim Plaintiff, Merit Diamond Corporation, hereby moves this Court for leave to file appendices in support of the "Memorandum in Support of Merit Diamond Corporation's Motion to Compel Discovery," in excess of standard page limitations, but not exceeding 48 pages. As grounds, the Defendant relies on the attached memorandum of law, submitted pursuant to pursuant to U.S. District Court Local Rules 12.

WHEREFORE, Merit Diamond Corporation respectfully requests that this Honorable Court grant its Motion to file exhibits, in support of its Memorandum in Support of Its Motion To Compel, in excess of standard page limitations.

Defendant and Counterclaim Plaintiff
MERIT DIAMOND CORPORATION
By its Attorneys,

RATCLIFFE BURKE HARTEN & ELIAS LLP

J. Richard Ratcliffe, #2603
Paul R. Crowell, #6904
1600 Financial Plaza
Providence, Rhode Island 02903
Tel.: 401.331.3400
Fax: 401.331.3440

Of counsel:

David J. Molton, Esq. (DM-1106)
*pro hac vice*
Counsel for Defendant
BROWN RUDNICK BERLACK ISRAELS LLP
7 Times Square
New York, NY 10036
Telephone: 212.704.0100
Facsimile: 212.704.0196

## CERTIFICATION

I hereby certify that on the 3rd day of ~~September~~ October, 2005, a true and accurate copy of the within was hand delivered to:

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

-----------------------------------------------------------x

| | | |
|---|---|---|
| COLIBRI CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MERIT DIAMOND CORPORATION,<br><br>Defendant. | : | C.A 04 397 (MML) |

-----------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION SEEKING LEAVE TO FILE EXHIBITS IN EXCESS OF PAGE LIMITATIONS TO ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL**

The Defendant and Counterclaim Plaintiff, Merit Diamond Corporation ("Merit"), has moved this Court for leave to append additional appendices in excess of standard page limitations, but not exceeding 48 pages to the "Memorandum in Support of Defendant's Motion to Compel Discovery." Merit has asserted a Counterclaim of trademark and copyright infringement. In defense of the Counterclaim, Colibri Corporation ("Colbiri"), has asserted its good faith reliance upon the advice of counsel and disclosed certain attorney-client communications in support of its defense. Despite this defense, Colibri has also made claims of attorney-client privilege in several instances during the course of discovery. Merit contends that the disclosure constitutes a waiver and prevents Colibri

from shielding other communications on the same subject. The appendices to the memorandum are necessary to illustrate Colibri's selective assertion of the attorney-client privilege and resulting waiver thereof and comprise deposition transcripts, interrogatory answers and a privilege log. Attaching these appendices to the memorandum will allow the Court to address the singular issue in the context of the disclosures to date, and will conduce toward an expeditious resolution of this matter and the interests of judicial economy.

Defendant and Counterclaim Plaintiff
MERIT DIAMOND CORPORATION
By its Attorneys,

RATCLIFFE BURKE HARTEN & ELIAS LLP

J. Richard Ratcliffe, #2603
Paul R. Crowell, #6904
1600 Financial Plaza
Providence, Rhode Island 02903
Tel.: 401.331.3400
Fax: 401.331.3440

Of counsel:

David J. Molton, Esq. (DM-1106)
*pro hac vice*
Counsel for Defendant
BROWN RUDNICK BERLACK ISRAELS LLP
7 Times Square
New York, NY 10036
Telephone: 212.704.0100
Facsimile: 212.704.0196

**CERTIFICATION**

I hereby certify that on the 3rd day of October, 2005, a true and accurate copy of the within was hand delivered to:

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Shana Beech