# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

COLIBRI CORPORATION,
Plaintiff,

v.

MERIT DIAMOND CORPORATION,
Defendant.

C.A. No. 04-397 ML

## NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

To: J. Richard Ratcliffe, Esq.
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

David J. Molton, Esq.
Brown Rudnick Berlack & Israel
7 Times Square
New York, NY 10005

Please take notice that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff Colibri Corporation, by its attorneys, will take the deposition upon oral examination of Defendant Merit Diamond Corporation by and through its designee on the 17th day of October, 2005 at 3:00 p.m. at the law offices of Brown Rudnick Berlack & Israel, 7 Times Square, New York, New York, or another location mutually acceptable to the parties, before a Notary Public or some other person authorized by law to take depositions. The deponent is required to designate one or more officers, directors or managing agents, or other person(s) who consent to testify on its behalf and may set forth for each person designated the matters upon which the person may testify. The areas of inquiry are set forth on Exhibit A. The deposition will continue from day to day thereafter until the examination is concluded. You are invited to attend and take part as is permitted under law.

COLIBRI CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 5, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION was mailed, postage prepaid, on this 5th day of October, 2005.

J. Richard Ratcliffe, Esq.
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

David J. Molton, Esq.
Brown, Rudnick, Berlack & Israel
7 Times Square
New York, NY 10005

821246_1/7588-37

**EXHIBIT A**

1. Merit's selection of the name Sirena

2. Merit's development of the designs for its Sirena Collection jewelry.

3. Merit's marketing and sales of Sirena Collection jewelry.

4. Merit's channels of distribution of its Sirena Collection jewelry.

5. Studies, investigations and surveys relating to Merit's Sirena Collection.

6. Alleged infringement of Merit's copyrights and trademarks by persons or entities other than Colibri.

7. Alleged confusion between Merit's Sirena Collection and Colibri's Serena Jewelry.

821246_1/7588-37