# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COLIBRI CORPORATION,<br>Plaintiff,<br><br>v.<br><br>MERIT DIAMOND CORPORATION,<br>Defendant. | C.A. No. 04-397 ML |

## NOTICE OF DEPOSITION

To: J. Richard Ratcliffe, Esq.
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

David J. Molton, Esq.
Brown Rudnick Berlack & Israel
7 Times Square
New York, NY 10005

Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff will take the deposition upon oral examination of Gagi Kaplan on the 17th day of October, 2005 at 1:00 p.m. at the law office of Brown Rudnick Berlack & Israel, 7 Times Square, New York, New York, or another location mutually acceptable to the parties, before a Notary Public or some other person authorized by law to take depositions. The deposition will continue from day to day thereafter until the examination is concluded. You are invited to attend and take part as is permitted under law.

COLIBRI COPRORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 FAX

DATED: October 5, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION was mailed, postage prepaid, on this 5th day of October, 2005.

J. Richard Ratcliffe, Esq.
Ratcliffe Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903

David J. Molton, Esq.
Brown, Rudnick, Berlack & Israel
7 Times Square
New York, NY 10005

821232_1/7588-37