**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SCANNED

| | | |
|---|---|---|
| COLIBRI CORPORATION, | : | |
| Plaintiff, | : | |
| | : | C.A 04 397 (MML) |
| vs. | : | |
| MERIT DIAMOND CORPORATION, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION SEEKING LEAVE TO FILE EXHIBITS IN EXCESS OF PAGE LIMITATIONS TO ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL**

The Defendant and Counterclaim Plaintiff, Merit Diamond Corporation, hereby moves this Court for leave to file appendices in support of the "Memorandum in Support of Merit Diamond Corporation's Motion to Compel Discovery," in excess of standard page limitations, but not exceeding 48 pages. As grounds, the Defendant relies on the attached memorandum of law, submitted pursuant to pursuant to U.S. District Court Local Rules 12.

WHEREFORE, Merit Diamond Corporation respectfully requests that this Honorable Court grant its Motion to file exhibits, in support of its Memorandum in Support of Its Motion To Compel, in excess of standard page limitations.

10/12/05: GRANTED. USMJ

49