**Buchanan Ingersoll PC**
ATTORNEYS

One Chase Manhattan Plaza
35th Floor
New York, NY 10005-1417

T 212 440 4400
F 212 440 4401

www.buchananingersoll.com

**Sharon Blinkoff, Esq.**
212 440 4475
blinkoffsa@bipc.com

August 24, 2004

RECEIVED
AUG 27 2004
By________

DEFENDANT'S EXHIBIT
C
Jms 5/9/05

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Fredrick Levinger
President and CEO
Colibri Group
100 Niantic Avenue
Providence, Rhode Island 02907

**Re: SIRENA COLLECTION Trademark**

Dear Sir:

We are intellectual property counsel to Merit Diamond Corporation, holder of U.S. Trademark Registration Nos. 2814897 and 2,875,435 for the trademark **"SIRENA COLLECTION"** for jewelry. In addition to the referenced Trademark Registration, Merit Diamond also holds numerous U.S. copyright registrations on the jewelry designs included in products sold under the SIRENA COLLECTION trademark.

It has come to our attention that you are offering for sale, selling and distributing jewelry products under the name "SERENA", and that you may also be utilizing certain of our client's copyrighted designs. A copy of our client's U.S. Trademark registrations along with a list of our client's copyrighted SIRENA COLLECTION designs are enclosed. The SIRENA COLLECTION trademark has been widely advertised and promoted since its introduction, and has become an extremely valuable asset of our client.

In our view, the offer for sale, sale, distribution and marketing of products under the substantially similar name of "SERENA" by your company, for identical, or nearly identical, goods sold in the exact same channels of trade as by our client's SIRENA COLLECTION constitutes trademark infringement and unfair competition in violation of both federal law and state law. We therefore demand, that you immediately cease and desist all use of the name SERENA and any other name or mark which is confusingly similar to our client's registered trademark. We further demand that you forthwith cease all further use of any of our client's copyrighted designs.

Within ten (10) days of receipt of this letter, we demand that you send us the following items:

(i) a list of all infringing products, which you have sold;

(ii) all documentation and information in your possession concerning the manufacture, offer for sale and sale of the infringing products;

(iii) a list of all customers who have purchased the infringing products;

(iv) account as to all such infringing products you have manufactured and/or sold to date, and the total dollar amount you have received from such sales;

(v) provide us with written evidence you have removed the infringing products from the market, and any media from which you sell the infringing products; and

(vi) provide us with your written assurance that you will not distribute, offer to sell or sell such items any further.

After receipt of the above, we will then address monetary resolution of the matter with our client. In the event that you do not respond within ten (10) days of receipt of this letter we have been instructed by our client to institute legal proceedings and seek all available remedies including an injunction, damages and attorney's fees.

**Very truly yours,**

BUCHANAN INGERSOLL PC
Attorneys for Merit Diamond Corporation

Sharon Blinkoff

SAB/ksk
Enclosure