DEFENDANT'S EXHIBIT B 5/9/05

Considered to be attorney/client privilege:

***Communications as part of trademark application file:***

✓ ~~10/23/03 email from Suzanne Card requesting availability search~~
10/24/03 search report from Robert Salter to Suzanne Card (redacted)
~~10/28/03 letter from Suzanne Card instructing to file application~~
~~10/28/03 internal memo containing application filing information~~
~~10/31/03 letter from Robert Salter to Suzanne Card reporting filing of application~~
~~11/24/03 letter from Robert Salter to Suzanne Card reporting filing information~~
06/08/04 tele memo Koren Borrelli
06/08/04 EAS memo re tele conversation with Koren Borrelli
06/10/04 note from Koren Borelli with use information
06/10/04 letter from Elliot Salter to Koren Borelli - cannot file use until NOA received
09/03/04 letter from Elliot Salter to Steven Snow forwarding copy of tm application
09/13/04 letter from Elliot Salter to Fred Levinger reporting publication of application
10/12/04 letter from Elliot Salter to Fred Levinger reporting extension to oppose filed
11/04/04 letter from Elliot Salter to Fred Levinger reporting Notice of Opposition
11/09/04 email from Fred Levinger to Elliot Salter regarding withdrawal of application
11/19/04 letter from Elliot Salter to Fred Levinger reporting filing of Notice of Abandonment

***Communications a part of Merit Diamond Corp. infringement file:***

08/27/04 fax from Fred Levinger to Elliot Salter - transmit Buchanan Ingersoll let 8/24/04
08/29/04 email from Fred Levinger to Elliot Salter advising of potential infringement
08/29/04 email from Fred Levinger to Elliot Salter
08/30/04 email from Fred Levinger to Elliot Salter re potential civil action
09/02/04 letter from Elliot Salter to Fred Levinger with draft response to Buchanan letter
09/03/04 letter from Fred Levinger to Elliot Salter sending correspondence received alleging infringement
09/03/04 letter from Elliot Salter to Steven Snow transmitting copy of S&M trademark application file
09/04/04 email from Fred Levinger to Elliot Salter requesting discussion
09/07/04 letter from Elliot Salter to Fred Levinger with revised draft response to Buchanan letter
09/10/04 email from Elliot Salter to Fred Levinger requesting status of response to Buchanan letter
09/10/04 tele memo from Fred Levinger instructing to mail response
09/10/04 email from Fred Levinger to Elliot Salter advising that RI Civil Action filed Sept. 9
09/14/04 letter from Elliot Salter to Steve Snow with copy of proposed response to Buchanan letter which was never mailed in view of filing of civil action