Q. When the name Serena by Krementz was suggested, were you aware of Merit Diamond's Sirena Collection?

A. No.

Q. Did you ever hear of Merit Diamond?

A. I had heard of them just vaguely in the industry as being a diamond company but didn't know anyone there or didn't really know them at all other than I heard the name someplace and I'm not even quite sure where I might have heard it, but being in the jewelry industry for over 21 years, you hear names.

Q. Did you know if the name Serena has any meaning other than as a woman's name?

A. No.

Q. Do you know if Colibri investigated to determine if the name Serena was available?

A. Yes.

Q. And do you know what Colibri did?

A. Yes.

Q. What did Colibri do?

A. They got the name cleared with Salter & Michaelson, a law firm here in Rhode Island.

MR. RATCLIFFE: Can we just go off the

record for a second?

(BRIEF PAUSE)

Q. I'm going to show you what's been previously marked as Defendant's Exhibit G and it's a series of documents. If you could look at them.

(BRIEF PAUSE)

A. Okay.

Q. The last -- there's a series of e-mails, Page 1, 2 and 3 at the end of the exhibit.

A. Uh-huh.

Q. At the top it says Sharon Reilly from Fred Levinger.

A. Yes.

Q. Okay. First, do you know who Sharon Reilly is?

A. Yes.

Q. Who's Sharon Reilly?

A. She's Frederick Levinger's administrative assistant.

Q. And the -- there is a -- it says the -- on Page 2 it starts at the bottom of the page?

A. Uh-huh.

Q. It says original message from Reynolds, Mike, mreynolds@Colibri.com.

A. Oh, okay. You're going way back.