Jane

Merit Diamond
Gayi Kaplan
212-391-2700

→ Stopped by booth & said he has the Serena name.
He spells it Sierna.
He didn't think it was a big deal but said you may have a problem registering the name.

~~what do we~~ you need What do we need to do.
~~Pull 2 box~~
~~nibbl~~

o Call ~~other~~ lawyer Elliott Sutter
o paper work get copy 4/21 3/41 or Susan or Michelle
o. get documents

o [redacted]

PENGAD-Bayonne, N.J.
DEFENDANT'S EXHIBIT
I
Pms 5/27/05