# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO** 76/555942

**APPLICANT**: Colibri Corporation

JUN 1 2004
SAS

**CORRESPONDENT ADDRESS**:
ROBERT S. SALTER
SALTER & MICHAELSON
321 SOUTH MAIN STREET
PROVIDENCE RI 02903

**RETURN ADDRESS**:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK**: SERENA

**CORRESPONDENT'S REFERENCE/DOCKET NO**: T003646

**CORRESPONDENT EMAIL ADDRESS**:

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and email address.

RE: Serial Number 76/555942

## EXAMINER'S AMENDMENT - EA

In accordance with the authorization granted by Robert Salter on June 1, 2004, the application has been AMENDED as indicated below. Please note that if the identification of goods or services has been amended below, any future amendments must be in accordance with 37 C.F.R. 2.71(a); TMEP section 1402.07(e). No response is necessary unless there is an objection to the amendment. If there is an objection to the amendment, the applicant should notify the examining attorney immediately.

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

The following standard character drawing claim is added to the record:

> The mark is presented in standard character without claim to any particular font style, size, or color.

37 C.F.R. §2.52(a).

/Mary Rossman/, Trademark Attorney
Law Office 108
703 308 9108 x 298; Fax: 703 746 8108