FILED
OCT 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

COLIBRI CORPORATION,

Plaintiff,

vs.

MERIT DIAMOND CORPORATION,

Defendant.

C.A 04 397 (MML)

**JOINT MOTION TO AMEND PRETRIAL ORDER**

Now come the parties and hereby move to amend the Pretrial Order to extend, as outlined below, all deadlines set forth in the Order. The parties also submit the attached memorandum in further support of their motion.

As grounds, the parties state that this action involves complex issues of trademark infringement and copyright law. Discovery had proceeded in good faith in a timely fashion and all parties agree that the case is proceeding accordingly. However, due to the complex nature of this case, further discovery is warranted.

WHEREFORE, the parties respectfully request that the Pretrial Order be amended to allow for discovery to close on December 2, 2005; dispositive motions filed by January 6, 2006 and a typewritten memorandum containing the information set forth in the original Pretrial Order to be submitted by February 10, 2006.

Granted.
Mary M. Lisi
US DJ 10/31/05

Of counsel:

David J. Molton, Esq. (DM-1106)
*pro hac vice*
BROWN RUDNICK BERLACK
ISRAELS LLP
7 Times Square
New York, NY 10036

Date: October 27, 2005