**Mogayzel, Jane**

---

**From:** Borrelli, Koren

**Sent:** Tuesday, June 08, 2004 3:44 PM

**To:** Mogayzel, Jane; Reynolds, Mike

**Cc:** Tadlock, Melissa

**Subject:** SERENA

I spoke to Elliott
He said [redacted]

Best Regards,
Koren Borrelli
Product Manager - Krementz
Ph: 401-943-2100 x 4539
Fax: 401-943-4230
kborrelli@colibri.com

Jane

Merit Diamond
Gayi Kaplan
212-391-2700

→ Stopped by booth & said he has the Serena name.
He spells it Sierna.
He didn't think it was a big deal but said you may have a problem registering the name.

~~What do we~~ you need What do we need to do.
~~Pull a box~~
~~[illegible]~~

- Call ~~[illegible]~~ lawyer Elliott Sutter
- paper work get copy 4/21 3/41 | or Susan or Michelle
- get documents

○ [redacted]