# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLIBRI CORPORATION, | : | |
| Plaintiff, | : | |
| vs. | : | C.A 04 397 (MML) |
| MERIT DIAMOND CORPORATION,<br>Defendant. | : | |

## AMENDED NOTICE OF DEPOSITION

DEPONENT: Edward Flynn
c/o Colibri Corporation
100 Niantic Ave.
Providence, RI 02907

DATE: December 1, 2005

TIME: 1:00 p.m.

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendant will take the deposition of the above-named individual upon oral examination, which examination will continue from day to day until completed and will begin at the above-specified time on the above-mentioned date, at the offices of **Ratcliffe Burke Harten & Elias, LLP, 1600 Financial Plaza, Providence, Rhode Island**, before a Notary Public duly commissioned in the State of Rhode Island, or before some other officer authorized to administer oaths.

Defendant
MERIT DIAMOND CORPORATION
By its Attorneys,

J. Richard Ratcliffe #2603
RATCLIFFE BURKE HARTEN & ELIAS LLP
1600 Financial Plaza
Providence, Rhode Island 02903
Tel: 401.331.3400
Fax: 401.331.3440

Of counsel:

David J. Molton, Esq. (DM-1106)
*pro hac vice*
BUCHANAN INGERSOLL, P.C.
One Chase Manhattan Plaza
New York, New York 10005
Tel: 212.440.4400
Fax: 212.440.4401

## CERTIFICATION

I hereby certify that on the 28th day of November, 2005, a true and accurate copy of the within was mailed, postage prepaid, hand delivered to:

Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903