UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 22 2006
Property of U.S. District Court
District of Rhode Island

COLIBRI CORPORATION,
Plaintiff,

v.

MERIT DIAMOND CORPORATION,
Defendant

C.A. No. 04-397ML

## DISMISSAL STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) it is hereby agreed by the parties that the Complaint and Counterclaim are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Colibri Corporation
By its attorneys,

Partridge Snow & Hahn LLP

Robert K. Taylor, #6514
180 South Main Street
Providence, RI 02903
Tel: 401.861.8200
Fax: 401.861.8210

Merit Diamond Corporation
By its attorneys,

Ratcliffe Burke Harten & Elias LLP

J. Richard Ratcliffe, #2603
1600 Financial Plaza
Providence, RI 02903
Tel: 401.331.3400
Fax: 401.331.3440

Enter: Mary M. Lisi
USDJ 3/22/06

Date: March 21, 2006